1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**COZEN O'CONNOR**
Valerie D. Rojas, State Bar No. 180041
*vrojas@cozen.com*
Angel Marti, III, State Bar No. 305300
*amarti@cozen.com*
601 South Figueroa Street, Suite 3700
Los Angeles, CA  90017-5556
Telephone: 213.892.7900
Facsimile: 213.892.7999

Attorneys for Defendant
STATE FARM GENERAL
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

COMPREHENSIVE MEDICAL
CENTER, INC.,

        Plaintiff,

        vs.

STATE FARM GENERAL INSURANCE
COMPANY and DOES 1 through 10,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.  2:17-cv-07672- JAK(JPRx)

Assigned to Honorable Judge John A.
Kronstadt

[State Court Case No. BC675826 ]

**DEFENDANT STATE FARM
GENERAL INSURANCE
COMPANY'S NOTICE OF
MOTION TO CONFIRM
APPRISAL AWARD**

[Filed Concurrently with
Memorandum of Points and
Authorities; Declaration of Angel
Marti, III; and [Proposed] Order]

Date:  June 22, 2020
Time: 8:30 a.m.
Courtroom:  10B

1

1   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2   PLEASE TAKE NOTICE that on June 22, 2020, at 8:30 a.m. or as soon

3   thereafter as counsel may be heard in the courtroom of the Honorable John A.

4   Kronstadt, located at 350 W. First Street, Courtroom 10B, Los Angeles, California

5   90012, Defendant State Farm General Insurance Company ("State Farm" or

6   "Defendant") will, and hereby does, move the Court for an Order to confirm the

7   appraisal award.

8   The motion is made pursuant to the Federal Arbitration Act, the California

9   Code of Civil Procedure, and pursuant to the contract (i.e., the insurance policy

10  between the parties). This Motion is based on this Notice, the accompanying

11  Memorandum of Points and Authorities and all previously filed exhibits referenced

12  therein, the Declaration of Angel Marti, III, and the exhibits attached thereto, all

13  pleadings and recordings filed in this action, and upon further oral and/or

14  documentary evidence as may be presented at the hearing on this Motion.

15  This motion is made following the conference of counsel pursuant to L.R. 7-3

16  which took place on May 14, 2020.

17

18  Dated:  May 22, 2020                COZEN O'CONNOR

19                          By:  */s/Angel Marti, III*
20                               Valerie D. Rojas
                                 Angel Marti, III
21                               Attorney for Defendant,
                                 STATE FARM GENERAL
22                               INSURANCE COMPANY

23

24

25

26

27

28

STATE FARM GENERAL INSURANCE COMPANY'S NOTICE OF MOTION TO CONFIRM
APPRAISAL AWARD