1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COMPREHENSIVE MEDICAL CENTER, INC., | No.  2:17-cv-07672- JAK (JPRx) |
|              Plaintiffs, | **JUDGMENT** |
|        vs. | **JS-6** |
| STATE FARM GENERAL INSURANCE COMPANY, and DOES 1 through 10, inclusive, | |
|              Defendant. | |

The motion of defendant State Farm General Insurance Company ("State Farm") for summary judgment ("Motion"), was granted on September 5, 2023. As stated in the corresponding order, because there is no genuine dispute as to any material fact as to the claim for breach of contract, including that State Farm did not breach the contract, and because the claim for breach of the covenant of good faith and fair dealing is derivative of the claim for breach of contract, the Motion was granted.  For the same reason, the Motion was granted as to the request for punitive damages and an award of attorney's fees.

Therefore, **JUDGMENT IS HEREBY ENTERED** as follows:

Judgment is entered in favor of State Farm and against Plaintiff. Plaintiff shall recover nothing, and State Farm shall recover its reasonable costs in the amount of $_____ (to be determined).

**IT IS SO ORDERED.**

October 2, 2023
_____                    _____
Date                                        John A. Kronstadt
                                            United States District Judge